**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorneys for Plaintiff, MARSHALL LOSKOT**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,**<br><br>    Plaintiff,<br>v.<br><br>**GEO KADAVELIL MATHEWS, dba ANTELOPE LIQUORS, MANJINDER SINGH SANGHA, individually, SANDEEP K. SANGHA, individually, and DOES ONE through FIFTY, inclusive,**<br><br>    **Defendants.** | Case No. 2:09-CV-00011-JAM-KJM<br><br>**STIPULATION FOR DISMISSAL AND ORDER** |

Plaintiff MARSHALL LOSKOT and Defendants **GEO KADAVELIL MATHEWS, dba ANTELOPE LIQUORS, MANJINDER SINGH SANGHA, individually, SANDEEP K. SANGHA, individually**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.  The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

CAPTION                                                                 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: May 6, 2010        /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for Plaintiff,
MARSHALL LOSKOT


BERNHEIM, GUTIERREZ & McCREADY

Dated: April 19, 2010        /s/ William S. Bernheim
William S. Bernheim, Attorney for Defendants,
GEO MATHEWS, MANJINDER SINGH SANGHA
and SANDEEP K. SANGHA

**ORDER OF DISMISSAL WITH PREJUDICE**

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT v MATHEWS, et al.</u>, Case Number 2:08-CV-00011 JAM KJM, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: May 6, 2010        /s/ John A. Mendez
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

CAPTION                                  2

PDF created with pdfFactory trial version www.pdffactory.com